U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG 2 6 2008

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ROBERT L. DOW & MARY P. DOW** | : | **DOCKET NO. 2:07-cv-1768** |
| **VS.** | : | **JUDGE MINALDI** |
| **UNITED SERVICES AUTOMOBILE ASSOCIATION** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the parties' Joint Motion to Remand [Doc. 9] be, and it is hereby GRANTED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 25 day of August, 2008.

It is FURTHER ORDERED that Defendant USAA pay the costs associated with the Joint Motion to Remand as agreed.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE